In the Matter of ALEXANDER TEITLER, Appellant, against MCDERMOTT & MCDONALD, Respondent.

Argued March 8, 1954; decided April 22, 1954.

*Alexander Teitler,* in person, and *Mortimer Haas* for Alexander Teitler, appellant.

*Harris Birnbaum* for respondent.

Order affirmed, with costs. (See Lien Law, § 12-a.) No opinion.

Concur: Lewis, Ch. J., Conway, Desmond, Dye, Fuld, Froessel and Van Voorhis, JJ.